**QUILL & ARROW, LLP**
Kevin Y. Jacobson (SBN 320532)
kjacobson@quillarrowlaw.com
e-service@quillarrowlaw.com
10880 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90024
Telephone:   (310) 933-4271
Facsimile:    (310) 889-0645
Attorneys for Plaintiffs,
**JAMIN RAFFIEL GRUNDY AND JULIE ROSE GRUNDY**

**SHOOK, HARDY & BACON LLP**
Amir Nassihi (SBN 235936)
anassihi@shb.com
Joan Camagong (SBN 288217)
jcamagong@shb.com
David Polyakov (SBN 341577)
dpolyakov@shb.com
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900
Fax: (415) 391-0281

Attorneys for Defendant
**NISSAN NORTH AMERICA, INC.**

# UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIN RAFFIEL GRUNDY, an individual, and JULIE ROSE GRUNDY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-01739-WBS-JDP<br><br>*Assigned to the Hon. District Judge William B. Shubb and Magistrate Judge Jeremy D. Peterson*<br><br>**ORDER RE: JOINT STATUS REPORT AND STIPULATION** |

- 1 -

Pursuant to the Joint Status Report and Stipulation filed by Plaintiffs JAMIN RAFFIEL GRUNDY and JULIE ROSE GRUNDY ("Plaintiffs") and Defendant NISSAN NORTH AMERICA, INC. ("Defendant") (collectively, "the Parties"),

IT IS HEREBY ORDERED that by **January 3, 2025** the Parties shall file either

 (1) a joint stipulation and proposed order for dismissal of the action

or (2) a joint status report if settlement has not been completed.

The Scheduling Conference currently set for October 21, 2024 is continued to **January 13, 2025 at 1:30 p.m.,** to be automatically vacated upon the Court's receipt of a stipulated dismissal.

IT IS SO ORDERED.

Dated:  October 3, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE