**QUILL & ARROW, LLP**
Kevin Y. Jacobson (SBN 320532)
kjacobson@quillarrowlaw.com
e-service@quillarrowlaw.com
10880 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90024
Telephone: (310) 933-4271
Facsimile: (310) 889-0645
Attorneys for Plaintiffs,
**JAMIN RAFFIEL GRUNDY AND JULIE ROSE GRUNDY**

**SHOOK, HARDY & BACON LLP**
Amir Nassihi (SBN 235936)
anassihi@shb.com
Joan Camagong (SBN 288217)
jcamagong@shb.com
David Polyakov (SBN 341577)
dpolyakov@shb.com
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900
Fax: (415) 391-0281
Attorneys for Defendant
**NISSAN NORTH AMERICA, INC.**

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMIN RAFFIEL GRUNDY, an individual, and JULIE ROSE GRUNDY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-01739-WBS-JDP<br><br>*Assigned to the Hon. District Judge William B. Shubb and Magistrate Judge Jeremy D. Peterson*<br><br>**ORDER RE: JOINT STATUS REPORT AND STIPULATION** |

1  Pursuant to the Joint Status Report and Stipulation filed by Plaintiffs JAMIN
2  RAFFIEL GRUNDY and JULIE ROSE GRUNDY ("Plaintiffs") and Defendant
3  NISSAN NORTH AMERICA, INC. ("Defendant") (collectively, "the Parties"),
4  IT IS HEREBY ORDERED that by April 3, 2025, the Parties shall file either
5  (1) a joint stipulation and proposed order for dismissal of the action
6  or (2) a joint status report if settlement has not been completed.
7  The Scheduling Conference is reset for **April 21, 2025 at 1:30 p.m.**
8  IT IS SO ORDERED.

Dated:  January 2, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE